No. 84–811.  GIBSON ET AL. v. BOEING CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–819.  CLEMENTS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 84–829.  PRYOR v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 84–831.  DEROSA v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–5077.  TORNIERO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–5110.  NEAL v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 84–5119.  JACKSON v. PULLEY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 84–5154.  KAMYAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 84–5210.  TYLER v. BLACK ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 84–5224.  JOHNSTON v. PITTMAN, ATTORNEY GENERAL OF MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 84–5251.  BAMMAN ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 84–5254.  SALAZAR v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 84–5258.  MAYBUSHER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–5288.  CALDWELL ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–5304.  RASHED v. DELAWARE COUNTY, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.